**United States District Court**
*Southern District of Georgia*

Pohle NV Center Incorporated

_____
Plaintiff

Case No.        26-cv-00077

_____

**v.**

Textron Specialized Vehicles Inc., a
foreign corporation;  John Does I through
V, inclusive; Jane Does I through V,
inclusive; ABC Corporations I through
V, inclusive; and  XYZ Partnerships, I
through V, inclusive,

Appearing on behalf of

Pohle NV Center Incorporated

_____
Defendant

_____
(Plaintiff/Defendant)

ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __20th__ day of __May_____ , __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE
                        *****

NAME OF PETITIONER:        Amy D. Sells
_____

BUSINESS ADDRESS:        Tiffany & Bosco P.A.
_____

Central Arts Plaza | 1850 North Central Avenue
_____
Street Address

| Twenty Fourth Floor | Phoenix | AZ | 85004 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

| (602) 255-6000 | N/A |
|---|---|
| Telephone Number (w/ area code) | Georgia Bar Number |

Email Address:

ADS@tblaw.com
_____