IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

POHLE NV CENTER, INC.,                )
                                      )
            Plaintiff,                )
                                      )
      v.                              )        CV 126-077
                                      )
TEXTRON SPECIALIZED VEHICLES          )
INC., et al.,                         )
                                      )
            Defendants.               )
                          _____

**O R D E R**
                          _____

The Court **GRANTS** the parties' joint request in the 26(f) Report, (see doc. no. 40), and **STAYS** all discovery pending rulings by the presiding District Judge on Defendant Textron Specialized Vehicles Inc.'s motion to dismiss, (doc. no. 6), and Plaintiff's motion to certify a question of law, (doc. no. 15).  The Court **DIRECTS** the **CLERK** to terminate the motion associated with the Rule 26(f) Report.  (Doc. no. 40.)  Should any portion of the case remain after resolution of the motions, the parties shall confer and submit a new Rule 26(f) Report, with proposed case deadlines, within seven days of the presiding District Judge's rulings.  In the event the presiding District Judge, in his rulings on the motions, provides further instructions to the parties that justifies continuation of the stay, the parties shall inform the undersigned to that effect in a status report to be filed within seven days of the presiding District Judge's rulings.

SO ORDERED this 4th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA